

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00157-CR

_____

KHADIJAH WRIGHT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 18F0377-005

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

The clerk's record in this appeal was filed October 28, 2019, and the reporter's record was filed December 23, 2019, making the appellant's brief originally due January 22, 2020. This Court extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of March 6, 2020. While we warned counsel when granting his second motion that further extension requests would not be granted, absent extraordinary circumstances, counsel has filed a third motion seeking another extension of the briefing deadline.

We have reviewed the case file and appellate record, as well as counsel's most recent motion to extend time, and find no extraordinary circumstances that would warrant an additional extension of the filing deadline. Consequently, counsel's most recent motion to extend the deadline for filing appellant's brief in this matter is denied.

We hereby order counsel to file the appellate brief in this matter on or before March 20, 2020.

IT IS SO ORDERED.

BY THE COURT

Date:   March 11, 2020